UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IRA COBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>TRANSUNION LLC, et al.,<br><br>        Defendants. | Case No. 15-cv-03016-BLF<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 28, 2016** |

This action is scheduled for a case management conference on October 29, 2015. On October 26, 2015, Plaintiff filed a case management statement indicating that a settlement had been reached with Defendant Equifax, Inc. and that Defendants HSBC Holdings ("HSBC") and Transunion, LLC ("Transunion") were served on October 7, 2015. Defendants HSBC and Transunion have not yet responded to the allegations in the Complaint or appeared in this case. Accordingly, in order to allow all the parties to participate in the case management conference, the Court CONTINUES the case management conference from October 29, 2015 to January 28, 2016 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: October 26, 2015

_____
BETH LABSON FREEMAN
United States District Judge