# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IRA COBERT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TRANSUNION LLC, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-03016-BLF<br><br>**ORDER DIRECTING PLAINTIFF TO FILE FOR CLERK'S ENTRY OF DEFAULT WITHIN 30 DAYS** |

The only remaining defendants in this action, TransUnion LLC and HSBC Holdings plc, were served on October 1, 2015. ECF 12, 13. Under Fed. R. Civ. P. 12(a), a defendant must serve an answer "within 21 days after being served with the summons and complaint." Accordingly, Plaintiff shall file for a clerk's entry of default on or before January 20, 2016 against these defendants. The Court also advises Plaintiff that an action may be dismissed "[i]f the plaintiff fails to prosecute or to comply with . . . a court order." Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: December 21, 2015

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　United States District Judge