1

2 **UNITED STATES DISTRICT COURT**

3 **NORTHERN DISTRICT OF CALIFORNIA**

4 **SAN JOSE DIVISION**

5

6 IRA COBERT,                                    Case No.  15-cv-03016-BLF

Plaintiff,

7                                                **ORDER VACATING CASE
                                                 MANAGEMENT CONFERENCE; AND**
8      v.                                        **SETTING DEADLINE FOR STATUS
                                                 UPDATE**
9 TRANSUNION LLC, et al.,

Defendants.

10

11

12      In this case, Defendants Equifax Inc. and TransUnion LLC have been dismissed and only

13 Defendant HSBC Holdings remains.  Defendant HSBC Holdings was served on October 1, 2015,

14 ECF 13, and has failed to answer "within 21 days after being served with the summons and

15 complaint."  Fed. R. Civ. P. 12(a).

16      Plaintiff has filed an application for entry of default.  *See* ECF 22.  Upon the clerk's entry

17 of default, Plaintiff shall file a motion for default judgment as soon as is practicable. The Plaintiff

18 shall provide a written status update to the Court by April 21, 2016.

19      The Case Management Conference set for January 28, 2016 is VACATED.

20      **IT IS SO ORDERED.**

21 Dated:  January 21, 2016

22 _____

BETH LABSON FREEMAN
23 United States District Judge

24

25

26

27

28

United States District Court
Northern District of California